Certificate Number: 14912-PR-DE-035634894

Bankruptcy Case Number: 21-00087



14912-PR-DE-035634894

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 3, 2021, at 8:28 o'clock PM EDT, Ines Maria Amaro Ortiz completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: May 3, 2021

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor